# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| POREE SR, CHARLES M | § | Case No. 10-12968 JBS |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE U.S. BANKRUPTCY COURT
> KENNETH S. GARDNER
> 219 S. Dearborn St.
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/23/2012 in Courtroom 682,
> UNITED STATES BANKRUPTCY COURT
> 219 S. Dearborn St.
> Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/11/2012            By: UNITED STATES BANKRUPTCY
                                        COURT
                                                        Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
POREE SR, CHARLES M § Case No. 10-12968 JBS
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,770.21 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 1,770.21 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 442.55 | $ 0.00 | $ 442.55 |
| Trustee Expenses: RONALD R. PETERSON | $ 250.24 | $ 0.00 | $ 250.24 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 692.79 |
| Remaining Balance | $ 1,077.42 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,403.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 76.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Day Timer, Ihc. P.O. Box 27001 Lehigh Valley, PA 18002 | $ 48.85 | $ 0.00 | $ 37.49 |
| 000002 | American InfoSource LP as agent for Asset Acceptance as assignee of Bally Total Fitness PO Box 248838 Oklahoma City, OK 73124-8838 | $ 726.32 | $ 0.00 | $ 557.48 |
| 000003 | Portfolio Recovery Associates, LLC c/o Capital One Bank POB 41067 Norfolk VA 23541 | $ 628.57 | $ 0.00 | $ 482.45 |

Total to be paid to timely general unsecured creditors   $ 1,077.42

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, IL 60654-3456

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                            Case No. 10-12968-JBS
Charles M Poree                                                   Chapter 7
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: ahamilton              Page 1 of 3                  Date Rcvd: Jan 11, 2012
                              Form ID: pdf006              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2012.
db          +Charles M Poree, Sr,    319 Joe Orr Rd,    Chicago Heights, IL 60411-1238
15312801    +Asset Acceptance LLC,    C/O Sanjay S. Jutla,    55 East Jackson 16th Floor,
              Chicago, IL 60604-4466
15312802    +Bally's Total Fitness,    C/O Sansta Tutla,    55 E Jackson,    Chicago, IL 60604-4466
15312803    +Blain Corpiation,    220 Hickory St,    Warren, PA 16366-0001
15312814    +COoGPF Cor.I,    C/O Northland Group, INc.,    P.O. Box 390646,    Edine, MN 55439-0646
15312804    +Cach LLC,    C/O Blitt & Gaines,    661 Glenn Ave,    Wheeling, IL 60090-6017
15312805    +Calvary Portfolio System,    P.O. Box 1017,    Hawthorne, NY 10532-7504
15312806    +Capitol On Bank,    C/O Blitt & Gaines,    661 Glenn Avene,    WHeeling, IL 60090-6017
15312807    +Capitol One Auto Finance,    3901 Dalls Pkwy,    Plano, TX 75093-7864
15312808    +Capitol One Bank,    C/O Feeedman Anselmo Lindberg,    1807 Diehl P.O. 3107,
              Naperville, IL 60566-7107
15312809    +Capitol One Visa,    P.O. Box 30285,    Salt Lake CIty, UT 84130-0285
15312810     Chase Bank,    C/O Card Member Services,    P.O. Box 15153,    Wilmington D, DE 19886-5153
15382251    +Chase Home Finance LLC,    Po Box 78116,    Phoenix, AZ 85062-8116
15312812    +City Of Chicago Department Of Revenue,    C/O Annold Scott,    222 Merchandise Mart Ste 1932,
              Chicago, IL 60654-1420
15312813     Comcast,   P.O. Box 3002,    South Eastern, PA 19398-3002
15312815    +Credit Acceptance,    P.O. Box 513,    Southfield, MI 48037-0513
15312816     Danbury Mint,    C/O Universal Fidelity LP,    P.O. Box 941911,    Houston, TX 77094-8911
15312817    +Day Timer, Ihc.,    P.O. Box 27001,    Lehigh Valley, PA 18002-7001
15312818    +GMAC LLC,    C/O Calvary Portfolio Services,    P. O. Box 27288,    Tempe, AZ 85285-7288
15312821     HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
15312819    +Home Desig/GE Services,    C/P Atrlanta Recovery Department.,    4125 Wingward Plaza Drive,
              Alpharetta, GA 30005-8738
15312820    +HsBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
15312822    +IDES,   Benefits Repayments,    P.O. Box 19286,    Springfield, IL 62794-9286
15312824     LVNV Funding LLC, Acuire From Sears,    C/O Certral Credit Services,    P.O. Boox 15118,
              Jacksonville, FL 32239-5118
15312823    +Lending Edge Recovery,    5440 N Cumberland Ave Ste # 300,    Chicago, IL 60656-1486
15312826    +Midland Funding,    C/O Blitt & Gaines,    661 GLenn Avenue,    Wheeling, IL 60090-6017
15312825     Midland Funding,    C/O Blatt Hasenmiller FL,    125 S. Wcker Ste # 400,    Chicago, IL 60606
15382252    +North West Radiology Ass.,    C/O KCA Financial Services,    628 North St,    Geneva, IL 60134-1356
15312827    +Oak Ridge Park LLC,    C/O Dorsey G Paull Esq,    129 Chartress St,    New Orleans, LA 70130-2311
17362475   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     c/o Capital One Bank,
              POB 41067,    Norfolk VA 23541)
15312828    +Pioneer Credit Recovery Service, Inc.,    P.O. Box 99,    Arcade, NY 14009-0099
15312799    +Poree Charles M Sr,    319 Joe Orr Road,    Chicago Heights, IL 60411-1238
15312829     Sams Club,    C/O Tate & Kirlin Associates,    2810 Southhampton Rd,    Philadelphia, PA 19154-1207
15312830    +St. James Hospital,    C/O Muttual Hospital Services, INc.,    2525 N. Shadeland Ave Ste 5748329,
              Indianapolis, IN 46219-1794
15312831    +Sullivan Urgent Care,    C/O Dependen Colleciton Service,    P.O. Box 4833,
              Oak Brook, IL 60522-4833
15312832     Targe National Bank,    C/O Nauer, DIane T,    134 W. LaSalle ST 18,    Chicago, IL 60602
15312833    +U.S.Cellular,    C/O Portrtfolio Recovery,    120 Corporate Blvd,    NOrfolk, VA 23502-4962
15312834    +University Fidelity LP,    Attn. THomas S. Tseng,    P.O. Box 941911,    Houston, TX 77094-8911
15312835    +Village Of Buffalo Grove,    C/O BNOrthwest COllectors,    3601 Algonquin Rd Ste 23,
              Roling Meadows, IL 60008-3126
15312836     WOrld Financial Network,    P.O. Box 182125,    Columbus, OH 43218-2125
15312800    +William E Jamison,    815 W Van Buren Ste # 203,    Chhicago, IL 60607-3567
15312837    +Wyndham Vacaikon Resorts,    8427 SouthPark Circle Suite 500,    Orlando, FL 32819-9060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17318453     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2012 04:34:43
              American InfoSource LP as agent for,    Asset Acceptance as assignee of,    Bally Total Fitness,
              PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15312811   ##+CITI FANANCIAL AUTO,    P.O. Box 183036,    Columbus, OH 43218-3036
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: ahamilton              Page 2 of 3                    Date Rcvd: Jan 11, 2012
                               Form ID: pdf006              Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: ahamilton             Page 3 of 3                  Date Rcvd: Jan 11, 2012
                              Form ID: pdf006             Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2012 at the address(es) listed below:

              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald  Peterson    on behalf of Trustee Ronald Peterson rpeterson@jenner.com,  lraiford@jenner.com
              Ronald R Peterson    rpeterson@jenner.com,  rpeterson@ecf.epiqsystems.com;docketing@jenner.com
              William E. Jamison    on behalf of Debtor Charles Poree wjami39246@aol.com
                                                                                             TOTAL: 4