# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| POREE SR, CHARLES M | § § | Case No. 10-12968 JBS |
| Debtor(s) | § § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 1,077.47 | Claims Discharged Without Payment: 326.27 |
| Total Expenses of Administration: 692.79 | |

3) Total gross receipts of $ 1,770.26 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 1,770.26 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 692.79 | 692.79 | 692.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 1,403.74 | 1,403.74 | 1,077.47 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 2,096.53 | $ 2,096.53 | $ 1,770.26 |

   4)  This case was originally filed under chapter 7 on  03/25/2010 . The case was pending for 26 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  05/16/2012                    By:/s/RONALD R. PETERSON
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Freigtliner | 1229-000 | 1,770.20 |
| Post-Petition Interest Deposits | 1270-000 | 0.06 |
| TOTAL GROSS RECEIPTS | | $ 1,770.26 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RON PETERSON | 2100-000 | NA | 442.55 | 442.55 | 442.55 |
| RON PETERSON | 2200-000 | NA | 250.24 | 250.24 | 250.24 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 692.79 | $ 692.79 | $ 692.79 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 726.32 | 726.32 | 557.50 |
| 000001 | DAY TIMER, IHC. | 7100-000 | NA | 48.85 | 48.85 | 37.50 |
| 000003 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 628.57 | 628.57 | 482.47 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 1,403.74 | $ 1,403.74 | $ 1,077.47 |

Page: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 10-12968 Judge: HON. JOHN B. SCHMETTERER  Trustee Name: RONALD R. PETERSON
Case Name: POREE SR, CHARLES M  Date Filed (f) or Converted (c): 03/25/10 (f)
 341(a) Meeting Date: 05/21/10
For Period Ending: 05/15/12  Claims Bar Date: 06/02/11

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 2001 Freigtliner (u) | 0.00 | 2,000.00 | | 1,770.20 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.06 | Unknown | 0.00 | 0.00 |

TOTALS (Excluding Unknown Values) $0.00 $2,000.00  $1,770.26 $0.00 $0.00 $0.00
 Gross Value of Remaining Assets
 (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 12:48 pm. TFR filed, and hearing set for February 2012.

Hearing on turnover of tractor set for 2/1/11. Proposal to Debtor to buy the estate's interest.

November 28, 2010, 4:07 p.m. Filing a motion for a turnover of the tractor.

Initial Projected Date of Final Report (TFR): 12/31/11 Current Projected Date of Final Report (TFR): 12/31/11

_____ Date: _____

RONALD R. PETERSON

LFORM1EX
UST Form 101-7-TDR (5/1/2011) *(Page: 6)*
Ver: 16.06b

Page: 1
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-12968 -JBS
Case Name: POREE SR, CHARLES M
Taxpayer ID No: *******4010
For Period Ending: 05/15/12

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9344  Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/17/11 | 1 | Schmitt's Truck Repair | | 1229-000 | 1,770.20 | | 1,770.20 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,770.21 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-002 | 0.01 | | 1,770.22 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-002 | 0.01 | | 1,770.23 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-002 | 0.02 | | 1,770.25 |
| 02/23/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-002 | 0.01 | | 1,770.26 |
| 02/23/12 | | Transfer to Acct #*******9687 | Final Posting Transfer | 9999-000 | | 1,770.26 | 0.00 |

| | COLUMN TOTALS | 1,770.26 | 1,770.26 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 1,770.26 |
| | Subtotal | 1,770.26 | 0.00 |
| | Less: Payments to Debtors | | 0.00 |
| | Net | 1,770.26 | 0.00 |

Page Subtotals  1,770.26  1,770.26

Page: 2
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-12968 -JBS | Trustee Name: | RONALD R. PETERSON |
| Case Name: | POREE SR, CHARLES M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9687 BofA - Checking Account |
| Taxpayer ID No: | *******4010 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 05/15/12 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/23/12 | | Transfer from Acct #*******9344 | Transfer In From MMA Account | 9999-000 | 1,770.26 | | 1,770.26 |
| 02/23/12 | 003001 | Ron Peterson<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Illinois 60654-3456 | Trustee's compensation | 2100-000 | | 442.55 | 1,327.71 |
| 02/23/12 | 003002 | Ron Peterson<br>Jenner & Block<br>353 North Clark Street<br>Chicago, Il 60654-3456 | Trustee's expenses | 2200-000 | | 250.24 | 1,077.47 |
| 02/23/12 | 003003 | Day Timer, Inc.<br>P.O. Box 27001<br>Lehigh Valley, PA 18002 | Final distribution | 7100-000 | | 37.50 | 1,039.97 |
| 02/23/12 | 003004 | American InfoSource LP as agent for<br>Asset Acceptance as assignee of<br>Bally Total Fitness<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Final distribution | 7100-000 | | 557.50 | 482.47 |
| 02/23/12 | 003005 | Portfolio Recovery Associates, LLC<br>c/o Capital One Bank<br>POB 41067<br>Norfolk VA 23541 | | 7100-000 | | 482.47 | 0.00 |

Page Subtotals 1,770.26 1,770.26

LFORM24 **UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*  Ver: 16.06b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  10-12968 -JBS
Case Name:  POREE SR, CHARLES M
Taxpayer ID No:  \*\*\*\*\*\*4010
For Period Ending:  05/15/12

Trustee Name:  RONALD R. PETERSON
Bank Name:  BANK OF AMERICA, N.A.
Account Number / CD #:  \*\*\*\*\*\*\*9687  BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 1,770.26 | 1,770.26 | |
| | | | Less: Bank Transfers/CD's | | 1,770.26 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,770.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 1,770.26 | |

Page Subtotals         0.00         0.00

Page: 4
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-12968 -JBS | Trustee Name: | RONALD R. PETERSON |
| Case Name: | POREE SR, CHARLES M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ********9690 BofA - Checking Account |
| Taxpayer ID No: | ******4010 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 05/15/12 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | | | | | |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *********9344 | 1,770.26 | 0.00 | 0.00 |
| BofA - Checking Account - *********9687 | 0.00 | 1,770.26 | 0.00 |
| BofA - Checking Account - *********9690 | 0.00 | 0.00 | 0.00 |
| | 1,770.26 | 1,770.26 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total From On Form |

Page Subtotals 0.00 0.00

LFORM24 **UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 16.06b